McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>APPROXIMATELY $29,000.00 IN U.S. CURRENCY, and<br><br>2007 JEEP COMMANDER SUV,<br>VIN: 1J8HG48K37C601318,<br>LICENSE: 059760V,<br><br>　　　　　Defendant. | 1:08-CV-00988-AWI-SMS<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

　　　　The United States of America, Plaintiff herein, applies for an order of publication as follows:

　　　　1.　　Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

　　　　2.　　Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

　　　　3.　　The defendant Approximately $29,000.00 in U.S. Currency (hereafter "defendant currency") and defendant 2007 Jeep Commander SUV, VIN: 1J8HG48K37C601318, License: 059760V (hereafter "defendant vehicle") were seized in the city of Patterson, in Stanislaus County,

1  California.  The Drug Enforcement Administration ("DEA") published notice of the nonjudicial
2  forfeiture of the defendant currency and defendant vehicle on March 31, April 7, and 14, 2008, in
3  the *Wall Street Journal*;
4       4.      Plaintiff proposes that publication be made as follows:
5            a.      One publication;
6            b.      In the following newspaper, a legal newspaper of general circulation, located
7  in the county in which the defendant assets were seized:  *Modesto Bee*.
8            c.      The publication to include the following:
9               (1)      The Court, title and number of the action;
10             (2)      The date of the arrest/seizure;
11             (3)      The identity and/or description of the property arrested/seized;
12             (4)      The name, address, and telephone number of the attorney for the
13  Plaintiff;
14             (5)      A statement that claims of persons entitled to possession or claiming
15  an interest pursuant to Supplemental Rule (G)(5) must be filed with the Clerk and served on the
16  attorney for the Plaintiff within 30 days after the date of publication;
17             (6)      A statement that answers to the Complaint or a motion under Rule 12
18  of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") must be filed and served within 20 days
19  after the filing of the claims and, in the absence thereof, default may be entered and condemnation
20  ordered;
21             (7)      A statement that applications for intervention under Fed. R. Civ. P.,
22  Rule 24 by persons claiming maritime liens or other interests shall be filed within the 30 days
23  allowed for claims for possession; and,
24  ///
25  ///
26  ///
27  ///
28  ///

1        (8)    The name, address, and telephone number of the U.S. Marshals Service and/or Department of Treasury.

Dated: July 11, 2008        McGREGOR W. SCOTT
United States Attorney


 /s/ Stephanie Hamilton Borchers
STEPHANIE HAMILTON BORCHERS
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   July 21, 2008**        /s/ **Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

3