McGREGOR W. SCOTT
United States Attorney
STEPHANIE HAMILTON BORCHERS
Assistant U.S. Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:08-CV-00988-AWI-SMS |
| Plaintiff, | |
| v. | **ORDER TO STAY CASE AND TO VACATE SCHEDULING CONFERENCE**; STATUS REPORT DUE EVERY FOUR MONTHS |
| APPROXIMATELY $29,000.00 IN U.S. CURRENCY, and | |
| 2007 JEEP COMMANDER SUV, VIN: 1J8HG48K37C601318, LICENSE: 059760V, | |
| Defendants. | |

Pursuant to the Stipulation to Stay Case and to Continue Scheduling Conference filed herein, the Court finds:

1. Claimant Joel Gallegos is presently facing federal criminal charges in the Eastern District of California, *United States v. Jose Gallegos, et al.*, 1:08-CR-00068-AWI, allegedly relating to transactions or events which form the basis for these civil forfeiture actions.

2. The parties recognize that proceeding with this action has potential adverse affects on the prosecution of the related criminal case and/or upon Claimant Joel Gallegos' right against self-incrimination in the related federal criminal case.

3. Publication of the civil forfeiture action has been completed and to date only Joel Gallegos has filed a claim and answer, or otherwise appeared in this action.

THEREFORE, the parties to this action stipulate and request as follows:

1. Pursuant to 18 U.S.C. § 981(g), this action be stayed pending the conclusion of the federal criminal action presently pending against Joel Gallegos in the Eastern District of California; and,

2. The Scheduling Conference in the civil case scheduled for October 16, 2008 at 9:00 a.m. in Courtroom 7 before Magistrate Judge Sandra M. Snyder, was continued to February 24, 2009 at 9:15am is Vacated.

3. The parties are to promptly notify the Court when the criminal case resolves.

4. The parties shall file a Status Report every four months in this action, from the date of this order .

IT IS SO ORDERED.

**Dated:  October 20, 2008**          /s/ Sandra M. Snyder
                                      UNITED STATES MAGISTRATE JUDGE