UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cv-00988-AWI-SMS |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT'S |
| v. | ) ) | REQUEST FOR EXPANDED APPOINTMENT (DOC. 20) |
| APPROXIMATELY $29,000.00 IN U.S. CURRENCY, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is proceeding with a civil action in this Court. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-303. Pending before the Court is the request for expanded appointment of the Office of the Federal Defender, filed on April 15, 2009.

Title 18 U.S.C. ¶ 983(b)(1)(A) provides that if a person with standing to contest the forfeiture of property in a judicial civil forfeiture proceeding under a civil forfeiture statute is financially unable to obtain representation by counsel, and the person is represented by counsel appointed under 18 U.S.C. § 3006A in connection with a related criminal case, the Court may authorize counsel to represent that person with respect to the claim.

Reference to the docket in <u>United States of America v. Joel Gallegos</u>, 1:08-cr-00068-AWI, reveals that Defendant Joel Gallegos is represented by the Office of the Federal Defender.

Reference to the forfeiture complaint in this civil action reflects that it is alleged that Gallegos is or was the registered owner of property sought to be forfeited; further, Gallegos filed an apparently timely claim and answer; thus, Gallegos appears to have standing and to be proceeding in good faith.

Accordingly, it IS ORDERED that Defendant's request for expanded appointment IS GRANTED, and the Office of the Federal Defender IS AUTHORIZED TO, and IS APPOINTED to represent Jel Gallegos with respect to the claim concerning the forfeiture sought herein.

IT IS SO ORDERED.

**Dated:   April 27, 2009**                 /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE