| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | DEANNA L. MARTINEZ<br>Assistant United Attorney |
| 3 | United States Courthouse<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |
| 6 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-CV-00988-AWI-SMS |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR RELIEF FROM STAY** |
| | ) | **AND ORDER THEREON** |
| v. | ) | |
| | ) | |
| APPROXIMATELY $29,000.00 IN U.S. CURRENCY, and | ) | STATUS CONFERENCE Hearing |
| | ) | DATE:   June 16, 2009 |
| 2007 JEEP COMMANDER SUV, | ) | TIME:    10:00 a.m. |
| VIN: 1J8HG48K37C601318, | ) | BEFORE:  Judge Snyder, in Courtroom #7 |
| LICENSE: 059760V, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

It is hereby stipulated by and between plaintiff United States of America, by its attorney Lawrence G. Brown, Acting United States Attorney for the Eastern District of California, Deanna L. Martinez, Assistant United States Attorney, and Melody Walcott, Attorney for Claimant Joel Gallegos:

1.This stipulation is executed by all parties who have appeared in and are affected by this action;

2.The parties are requesting the Court lift the stay in the above-captioned civil forfeiture matter. Since the entry of a guilt plea by Claimant in the related criminal action of *United ///*

///

*States v. Jose Gallegos, et al.*, the parties have entered settlement negotiations and anticipate a

resolution of this civil forfeiture action.

Dated: May 15, 2009  LAWRENCE G. BROWN
  Acting United States Attorney


  /s/ Deanna L. Martinez
  DEANNA L. MARTINEZ
  Assistant United States Attorney


Dated: May 14, 2009  /s/ Melody Walcott
  MELODY WALCOTT
  Attorney for Claimant Joel Gallegos
  (Original signature retained by attorney)


A Status Conference hearing is set for June 16, 2009 at 10:00a.m. before Judge Snyder in Courtroom #7.

IT IS SO ORDERED.

**Dated: May 21, 2009**  /s/ Sandra M. Snyder
  UNITED STATES MAGISTRATE JUDGE